IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

Case No. 06-CV-1021

**BILLYE JEAN WILSON,**
**BILLYE JEAN WILSON TRUST; and**
**GENE JANAGIN**                                                                          **DEFENDANTS**

<u>**AMENDED FINAL JUDGMENT**</u>

Now on this 30th day of July, 2007, this case comes on for final order, and the Court being advised in the premises, finds:

1.   That by Decree of Foreclosure entered on December 19, 2006, the United States was granted judgment *in rem* against the property that is the subject of this action and *in personam* against the separate defendant, Billye Jean Wilson, for the sum of $132,531,59, plus interest accruing at a rate of $12.6882 per day from August 30, 2006, to date of judgment, for a total of $133,939.98, together with interest at the legal rate of 4.95 percent per annum pursuant to 28 U.S.C. § 1961(a) from the date of this judgment until paid, and costs laid out and expended.

2.   That upon judicial sale the proceeds of $51,370.00 were applied upon said judgment, and there remained a deficiency of $82,569.98, plus interest accruing at the legal rate of 4.95 percent per annum from the date of this judgment until paid. There were no surplus proceeds to be distributed.

3.   That the Final Judgment failed to provide for the deficiency judgment against Billye Jean Wilson.

4.   That the Final Judgment of the Court entered on July 9, 2007, is hereby set aside

and the United States is hereby granted a deficiency judgment against the separate defendant, Billye Jean Wilson, in the amount of $82,569.98, plus interest accruing at the legal rate of 4.95 percent per annum rom the date of this judgment until paid.

    IT IS, THEREFORE, ORDERED, that this case be and it is hereby closed.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge